IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON M. JONES                                                                                      PLAINTIFF

v.                                        Case No. 6:23-cv-6116

REBEKAH PETERSON (Correctional Officer,
Omega Unit, ACC); BENJAMIN MARTIN
(Lieutenant, Omega Unit, ACC); JASON
GARDNER (LPN, Wellpath); LPN KELLY
AUNSPAUGH (Health Service Administrator,
Wellpath)                                                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 33. Judge Ford recommends that Defendant Kelly Aunspaugh's Motion for Summary Judgment on the Issues of Exhaustion (ECF No. 24) be denied. Judge Ford further recommends that Defendant Jason Garner be terminated from this matter because of Plaintiff's failure to provide a valid address for service.

No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 33) in toto. Defendant Aunspaugh's Motion for Summary Judgment (ECF No. 24) hereby is **DENIED**. Defendant Gardner hereby is **terminated** from this matter.

**IT IS SO ORDERED**, this 3rd day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge