IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON M. JONES                                                                                         PLAINTIFF

v.                                      Civil No. 6:23-cv-06116-SOH-MEF

REBEKAH PETERSON, *et. al.*                                                                      DEFENDANTS

**ORDER**

On January 15, 2025, Wellpath filed a Notice of Bankruptcy and a copy of the Amended Interim Order Enforcing the Automatic Stay entered by the Honorable Alfredo R. Perez, United States Bankruptcy Judge for the Southern District of Texas, Houston Division, on November 12, 2024. (ECF No. 36). The bankruptcy case number is 24-90533 (ARP).

In the Interim Order, the Stay was extended to Non-Debtor Defendants. For this reason, this case is **STAYED** and **ADMINISTRATIVELY TERMINATED.**

IT IS SO ORDERED this 16th day of January 2025.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE