IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON M. JONES                                                                    PLAINTIFF

v.                                     Case No. 6:23-cv-6116

REBEKAH PETERSON
(Correctional Officer, Omega Unit, ACC);
BENJAMIN MARTIN
(Lieutenant, Omega Unit, ACC); and
LPN AUNSPAUGH
(Health Services Administrator, Wellpath)                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 47. Judge Ford recommends that Defendant Aunspaugh be terminated from this action because Aunspaugh's employer, Wellpath, is now bankrupt and Plaintiff did not opt out of the third-party releases in the Wellpath Bankruptcy Plan. Judge Ford further recommends that the claims against the remaining Defendants be allowed to proceed. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 47) in toto. Accordingly, Defendant Aunspaugh is **TERMINATED** from this action. Plaintiff's claims against the remaining Defendants may proceed.

**IT IS SO ORDERED**, this 5th day of January, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge