IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON M. JONES PLAINTIFF

v. Case No. 6:23-cv-6116

REBEKAH PETERSON; and
BENJAMIN MARTIN DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 57. Judge Ford recommended that Plaintiff's Second Amended Complaint (ECF No. 17) be dismissed without prejudice. Judge Ford reasoned that dismissal is appropriate because Plaintiff has failed to prosecute this matter and failed to obey orders of the Court in violation of Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), respectively. Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 57) in toto. Accordingly, Plaintiff's Second Amended Complaint (ECF No. 17) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge